### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| CARLOS MUNIZ, | ) | |
| | ) | |
| | ) | Case No. 14-27392 |
| Debtor. | ) | |
| | ) | |
| | ) | Honorable Judge Donald R. Cassling |

### NOTICE OF MOTION

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on March 31, 2014, at 10:30 a.m., the undersigned will appear before the Honorable Donald R. Cassling, Bankruptcy Judge at 219 S. Dearborn, Room 619, Chicago, Illinois and will then and there present the attached **MOTION FOR ENTRY OF FINAL DECREE INCLUDING ENTRY OF DISCHARGE OF DEBTOR**, at which time you may appear if you so choose.

BY:    **S/PAUL M. BACH, OF COUNSEL**
       **SULAIMAN LAW GROUP, LTD.**
       COUNSEL FOR DEBTOR(S)
       900 JORIE BOULEVARD, SUITE 150
       OAK BROOK, IL 60523
       PHONE: (630) 575-8181
       FAX: (630) 575-8188
       ATTORNEY NO: 6209530

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| CARLOS MUNIZ, ) | |
| ) | |
| ) | |
| ) | Case No. 14-27392 |
| Debtor. ) | |
| ) | |
| ) | |
| ) | |
| ) | Honorable Judge Donald R. Cassling |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COMES the Reorganized Debtor, Carlos Muniz, by their attorneys, PAUL M. BACH and PENELOPE N. BACH, of Sulaiman Law Group, Ltd., and ask this Honorable Court to enter a Final Decree, as well as closing this case with a reservation of jurisdiction to reopen this case for any of the reasons stated in the confirmed Chapter 11 Plan and/or Disclosure Statement. In support thereof, the Reorganized Debtor states as follows:

1. On July 27, 2014, the Debtor filed a Voluntary Petition for Relief, according to the provisions of Chapter 11 of the Code.

2. On March 10, 2015, this Court held a hearing and entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtor's Plan of Reorganization.

3. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

4. Debtor requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the Reorganized Debtor, Carlos Muniz, asks this Honorable Court to enter a Final Decree closing this Chapter 11 case with an express reservation of jurisdiction as requested in this Motion, and for such other relief as is just and equitable.

Respectively Submitted,
Carlos Muniz

By: /s/ Penelope N. Bach

Mrs. Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
Attorneys At Law
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181